# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAICHOU SEE,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:19-cv-0436 - JLT<br><br>ORDER GRANTING PLAINTIFF AN EXENSION OF TIME TO SERVE A CONFIDENTIAL LETTER BRIEF<br>(Doc. 14) |

On October 1, 2019, the Court ordered Plaintiff to show cause in writing why sanctions should not be imposed for the failure to comply with the Court's Scheduling Order to serve a confidential letter brief upon the Commissioner of Social Security. (Doc. 12) In the alternative, the Court ordered Plaintiff to serve the confidential letter brief and file proof of service with the Court within fourteen days. (*Id.* at 2)

Naichou See filed a response to the Court's order on the same date, requesting an extension of time to serve the letter brief and file proof of service. (Doc. 13) Plaintiff's counsel reports he "did not receive proper notification that the administrative record had been filed," and mistakenly calendared the filing deadline for the administrative record. (*Id.* at 2) Therefore, Plaintiff requests an extension of thirty days, to November 13, 2019. (Doc. 14 at 1-2

Based upon the information provided, the Court **ORDERS**:

1. Plaintiff's request for an extension of time to serve a confidential letter brief is

       **GRANTED**;

2. Plaintiff **SHALL** serve a confidential letter brief and file proof of service no later than **November 13, 2019**; and

3. The Order to Show Cause dated October 1, 2019 (Doc. 12) will remain in effect until Plaintiff files the proof of service as ordered.

IT IS SO ORDERED.

Dated: **October 11, 2019**        **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE