**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NAICHOU SEE, <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No.: 1:19-cv-0436 - JLT <br><br> ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED OCTOBER 1, 2019 <br><br> (Doc. 12) |

On October 1, 2019, the Court ordered Plaintiff to show cause in writing why sanctions should not be imposed for the failure to comply with the Court's Scheduling Order to serve a confidential letter brief upon the Commissioner of Social Security. (Doc. 12) In the alternative, Plaintiff was directed to serve the confidential letter brief and file proof of service with the Court within fourteen days. (*Id.* at 2)

Naichou See filed a response to the Court's order on the same date, requesting an extension of time to serve the letter brief and file proof of service. (Doc. 13) Plaintiff's counsel reported he "did not receive proper notification that the administrative record had been filed," and mistakenly calendared the filing deadline for the administrative record. (*Id.* at 2) Therefore, Plaintiff requested an extension of thirty days, to November 13, 2019. (Doc. 14 at 1-2) The Court granted Plaintiff's request for an extension of time, but noted the order to show cause would remain in effect "until Plaintiff file[d] the proof of service as ordered." (Doc. 15 at 2)

1

Plaintiff has complied with the amended deadline and filed a proof of service indicating a confidential settlement statement was submitted to the Commissioner. (Doc. 16) Accordingly, the order to show cause dated October 1, 2019 (Doc. 12) is **DISCHARGED**.

IT IS SO ORDERED.

Dated: **November 12, 2019**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE