# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAICHOU SEE,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No.: 1:19-cv-0436 - JLT<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF NAICHOU SEE AND AGAINST DEFENDANT, THE COMMISSIONER OF SOCIAL SECURITY |

      On December 26, 2019, Naichou See and the Commissioner of Social Security stipulated to a voluntary remand of Plaintiff's Social Security appeal, pursuant to sentence four of 42 U.S.C. § 405(g). The parties stipulate that upon remand, an administrative judge shall conduct further administrative proceedings, including "a new decision and hearing." (Doc. 20 at 1) Thus, the Court **ORDERS**:

1. The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g); and
2. The Clerk of Court is DIRECTED to enter judgment in favor of Plaintiff Naichou See, and against Defendant, the Commissioner of Social Security.

IT IS SO ORDERED.

Dated: **December 30, 2019**         **/s/ Jennifer L. Thurston**
                                                         UNITED STATES MAGISTRATE JUDGE