# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAICHOU SEE,<br><br>   Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | Case No. 1: 19-cv-00436-BAK<br><br>ORDER REQURING SERVICE ON PLAINTIFF AND NOTIFICATION OF DEADLINE TO FILE OBJECTIONS TO MOTION FOR ATTORNEY FEES<br><br>(ECF No. 25) |

On December 30, 2019, pursuant to the parties' stipulation, an order entered granting Plaintiff's Social Security appeal and remanding the matter. (ECF Nos. 20, 21.) On February 23, 2022, Plaintiff's counsel filed a motion for attorney fees pursuant to section 406(b) of the Social Security Act. (ECF No. 25.) Upon review of the motion, it was not served on Plaintiff and did not inform Plaintiff that they could file objections to the request for attorney fees or the timeframe in which to do so.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's counsel shall serve a copy of the motion for attorney fees, and a copy of this order notifying Plaintiff they may file objections to the findings and recommendations within **fourteen (14) days** of the date of service of this order, and that Plaintiff's counsel will electronically file any document with the Court on Plaintiff's behalf;

1

2. The Commissioner's response, if any, shall be filed within **thirty (30) days** of the date of entry of this order; and

3. Counsel for Plaintiff shall serve a copy of this order and the motion for attorney fees on Plaintiff and file proof of service within **five (5) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated:  **March 22, 2022**

UNITED STATES MAGISTRATE JUDGE