# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAICHOU SEE,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 1:19-cv-00436-BAK<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE |

    Plaintiff Naichou See filed this action seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying their application for disability benefits pursuant to the Social Security Act. (ECF No. 1.) On December 30, 2019, the Court remanded the action pursuant to the parties' stipulation and entered judgment for Plaintiff. (ECF Nos. 21, 22.) On January 29, 2020, the parties filed a stipulated request for attorneys' fees pursuant to 28 U.S.C. § 2412(d), which the Court granted. (ECF Nos. 23, 24.) On February 23, 2022, Plaintiff's counsel, Michael Donaldson, filed a motion for attorneys' fees pursuant to 42 U.S.C. § 406(b). (ECF No. 25.) The Court ordered Mr. Donaldson to serve a copy of the motion on Plaintiff; ordered any objections to the motion be filed by April 5, 2022 (and directed counsel to electronically file any such objections for Plaintiff); ordered the Commissioner to file a response, if any, by April 21, 2022; and ordered Mr. Donaldson to serve a copy of the order and

the motion for attorney's fees on Plaintiff and file proof of service by March 28, 2022. (ECF No. 28.) Mr. Donaldson did not file proof of service with the Court. Accordingly, on March 31, 2022, the Court issued an order to show cause why monetary sanctions should not issue for the failure to file a proof of service of his fees motion in compliance with the Court's March 22, 2022 order. (ECF No. 29.)

Approximately four hours later, Mr. Donaldson filed a response to the order to show cause and filed the proof of service. (ECF Nos. 30, 31, 32.) Counsel proffers his failure to comply was due to a simple oversight, in which he became distracted by a number of events occurring on the day he was going to drop the requiring filings at the post-office for mailing and forgot to place the package in the mail. (ECF No. 31.) Counsel further apologizes to the Court for any inconvenience caused by his oversight. Having reviewed the response, the Court shall discharge the order to show cause.

Accordingly, IT IS HEREBY ORDERED that the Court's March 31, 2022 order to show cause (ECF No. 29) is DISCHARGED. The filing deadlines set forth in the Court's March 31 order regarding counsel's motion for attorney's fees shall remain as set.[1]

IT IS SO ORDERED.

Dated:   **April 1, 2022**

UNITED STATES MAGISTRATE JUDGE

---

[1] Specifically, the Court extended the deadline for Plaintiff to submit any opposition to counsel's motion for attorney's fees to April 20, 2022, and directed counsel to electronically file any such opposition on Plaintiff's behalf. (ECF No. 29 at 3.)

2