1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

8
9
10

| | |
|---|---|
| NAICHOU SEE, | Case No. 1: 19-cv-00436-BAK |
| Plaintiff, | ORDER REQURING ADDITIONAL EVIDENTIARY SUPPORT FOR MOTION FOR ATTORNEY FEES |
| v. | (ECF No. 25) |
| COMMISSIONER OF SOCIAL SECURITY, | **SEVEN DAY DEADLINE** |
| Defendant. | |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

On February 23, 2022, Plaintiff's counsel filed a motion for attorney fees pursuant to section 406(b) of the Social Security Act.  (ECF No. 25.)  Plaintiff's counsel seeks $16,421.91. Upon review of the motion on March 22, 2022, the Court became cognizant that it was not served on the Plaintiff, and the Court ordered it to be served, and allowed the time period to expire for any objections from Plaintiff.  (See ECF Nos. 28, 32.)  Following such time period, upon further substantive review of the motion, the Court notes that while counsel generally describes the fee agreement, the fee agreement is not attached.  Additionally, while counsel generally states they "spent a significant amount of time on this case," no timesheets were provided, nor a further description of the amount of time expended.  No sworn declaration was provided attesting to the fee arrangement nor the amount of time expended on this action.  Therefore, the Court cannot reasonably adjudicate the fee request without such information provided.

/ / /

1

Accordingly, IT IS HEREBY ORDERED that **within seven (7) days of entry of this order**, Plaintiff's counsel shall provide additional evidentiary support for their fee motion in the form of a copy of the fee agreement between counsel and Plaintiff and a timesheet with a declaration attesting to the accuracy of such; or if these original documents are unavailable, a declaration describing in detail the time expended on this matter, and a declaration attesting to the agreement between counsel and the Plaintiff.

IT IS SO ORDERED.

Dated:   **April 21, 2022**

UNITED STATES MAGISTRATE JUDGE